IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LEE ARNOLD and HEIDI ARNOLD,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, KESTREL LEASING, LLC, and CAL ARNOLD,<br><br>Defendants. | CV 19-61-BU-KLD<br><br>ORDER |

The parties have consented to the jurisdiction of a U.S. Magistrate Judge. (Docs. 28, 29.) Accordingly, the Court's Findings and Recommendation regarding Plaintiffs' Motion to Remand (Doc. 27) is hereby converted to an Order. This case is therefore remanded to state district court.

DATED this 12th day of March, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge